AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

North Lake Storage Center, storage unit #59, located at 1624 North Lake Drive, Lexington, South Carolina 29072, to include any associated vehicles

)
)
)  Case No.
)
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
North Lake Storage Center, storage unit #59, located at 1624 North Lake Drive, Lexington, South Carolina 29072, to include any associated vehicles located in or near the unit, further described as Location #3 in Attachment A.

located in the _____ District of \_\_\_\_South Carolina\_\_\_\_, there is now concealed *(identify the person or describe the property to be seized)*:
Described in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 924(c) | Title 18 U.S.C. § 924(c) - possession of firearm in furtherance of or during drug trafficking crime |
| Title 21 U.S.C. § 841(a)(1) | Title 21 U.S.C. § 841(a)(1) - distribution of methamphetamine |

The application is based on these facts:
Described in Affdiavit.

☑ Continued on the attached sheet.

☐ Delayed notice of \_\_\_\_\_ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

ATF Special Agent Rosalie Herberger
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____8/23/19_____

_____
*Judge's signature*

City and state: Columbia, South Caroilna    Shiva V. Hodges, United States Magistrate Judge
*Printed name and title*